UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TREVOR R. ARTHUR,

Plaintiff,

vs.

JOHN McMAHON, SHERIFF OF THE COUNTY OF SAN BERNARDINO; CAPTAIN ROSS TARANGLE; DEPUTY PAT McMULLEN; DEPUTY C. McCARTHY; SAN BERNARDINO COUNTY SHERIFF DEPARTMENT; COUNTY OF SAN BERNARDINO; CITY OF NEEDLES and DOES 1-10, inclusive.

Defendants.

CASE NO. CV 16-00272 PSG (SPx)

**ORDER TO STIPULATED PROTECTIVE ORDER**

**[NOTE ADDITION MADE BY THE COURT]**

Assigned to:
Honorable Judge Philip S. Gutierrez
Referred to:
Honorable Judge Sheri Pym

Trial Date: March 21, 2017

///

///

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the attached Stipulation and Protective Order, with the following addition to Paragraph 5: This Order does not constitute pre-approval by the Court to file or submit any document under seal or *in camera*. A party that seeks to file any document under seal must comply with Civil Local Rule 79-5, and a party that seeks to submit any document for *in camera* review must comply with Civil Local Rule 79-6.

IT IS SO ORDERED.

Dated: December 9, 2016

SHERI PYM
UNITED STATES MAGISTRATE JUDGE